DANIEL EHNTHOLT, Respondent, *v.* HUGH McCARREN, JR., Appellant.

(Argued May 2, 1890; decided June 3, 1890.)

APPEAL from judgment of the General Term of the City Court. of Brooklyn, entered upon an order made November 28, 1887, which affirmed a judgment in favor of plaintiff entered upon a verdict and affirmed an order denying a motion for a new trial.

*Charles J. Patterson* for appellant.

*Edwin G. Davis* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____